UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY PEROULIS,<br><br>        Plaintiff,<br><br>v.<br><br>PAUL KOZAK a/k/a ZACHARY KRISTON a/k/a ZACHARY KING, an individual, et al.,<br><br>        Defendants. | 2:07-CV-284 JCM (CWH)<br><br>Date:    N/A<br>Time:    N/A |

**ORDER**

Presently before the court is plaintiff Tony Peroulis's motions for writ of execution. (Docs. #272, 273, 274, 275). Defendant Zachary Kriston has filed an opposition (doc. #277) to which plaintiff has replied (doc. #278).

The court denies the instant motions for writs of execution without reaching their merits. It appears that counsel has submitted the previously executed writs. This court's May 13, 2011, order (doc. #231) vacated these writs. Instead of preparing new writs, counsel instead chose to simply alter the monetary amounts. The clerk's signature and previous execution date, as well as the court's CM-ECF file stamp remain on the writs.

In light of the foregoing,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motions for
2  writs of execution (docs. ##272, 273, 274, 275) be, and the same hereby are, DENIED.
3     DATED this 2nd day of April, 2012.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE